# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155484(102)

KENNETH REID, Personal Representative of the
Estate of AARON REID,
      Plaintiff-Appellee,

v

           SC: 155484
           COA: 328587
           Livingston CC: 14-028291-NI

THOMAS WALKER and KIMBERLY WALKER,
      Defendants-Appellants,

and

RAYMOND WILLIS, VAUGHN VOIGHT, and
FRANCINE VOIGHT,
      Defendants-Appellees,

and

FARM BUREAU GENERAL INSURANCE,
      Defendant.

_____/

      On order of the Court, the motion for reconsideration of this Court's November 1, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 20, 2018

Clerk

a0209